**Motion Granted; Order filed December 12, 2013.**



In The

# Fourteenth Court of Appeals

———————

### NO. 14-13-00823-CV

———————

**THE VERTICAL TRADING GROUP, LLC, CURT KRAMER, AND CARLOS ALBERTO MAYO, Appellants**

**V.**

**ZICIX CORPORATION, Appellee**

**On Appeal from the 125th District Court
Harris County, Texas
Trial Court Cause No. 2012-50613**

# O R D E R

On September 13, 2013, the three appellants named above filed notices of appeal from the trial court's orders denying their special appearances. Curt Kramer and Carlos Alberto Mayo jointly filed their appellants' brief on October 17, 2103. The Vertical Trading Group, LLC did not file a brief. On October 31, 2013, counsel for The Vertical Trading Group, LLC filed a

motion to withdraw, which this court granted. New counsel for The Vertical Trading Group, LLC filed an appearance on December 3, 2013.

On December 5, 2013, The Vertical Trading Group, LLC filed a motion to dismiss its appeal from the order signed August 26, 2013, denying its special appearance. *See* Tex. R. App. P. 42.1. Appellants Curt Kramer and Carlos Alberto Mayo are appealing a separate order signed August 28, 2013, denying their special appearance. Therefore, this proceeding is severable without prejudice to the remaining parties. *See* Tex. R. App. P. 42.1(b). The motion is granted.

Accordingly, The Vertical Trading Group, LLC's appeal is ordered **DISMISSED.** The Vertical Trading Group, LLC is ordered to pay all costs incurred by its appeal. The appeal filed by Curt Kramer and Carlos Alberto Mayo remains pending before this court.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Wise.